IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| OLALEKAN OLAREWAJU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 8:21-cv-03250-DKC |
| | ) | |
| ALLIED UNIVERSAL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT ALLIED UNIVERSAL'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL CIVIL PROCEDURE 12(b)(6)**

Pursuant to Fed. R. Civ. P. 12(b)(6) and Local Rule 105.1, Defendant Universal Protection Service, LLC ("Allied Universal") respectfully moves this Court to dismiss Plaintiff Olalekan Olarewaju's Complaint with prejudice for failure to state a claim for which relief may be granted. In support of its Motion, Allied Universal relies on the arguments and citations of authority contained within the Memorandum of Law in Support of Defendant's Motion to Dismiss the Complaint, filed contemporaneously with this Motion.

WHEREFORE, Defendant Allied Universal respectfully requests that its Motion to Dismiss the Complaint be GRANTED and that Plaintiff Olalekan Olarewaju's claims be DISMISSED WITH PREJUDICE.

[signature on next page]

4854-0684-7248, v. 2

Respectfully submitted,

*/s/ Jeffrey W. Larroca*
Jeffrey W. Larroca
Bar No. 22735
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1717 Pennsylvania Ave. NW, 12th Floor
Washington, DC 20006
Telephone: 202-659-6646
Facsimile 202-659-6699
jlarroca@eckertseamans.com

-and-

MARTENSON, HASBROUCK & SIMON LLP
Evan S. Weiss (*pro hac vice* forthcoming)
Kelly N. Jines (*pro hac vice* forthcoming)
2573 Apple Valley Road NE
Atlanta, GA 30319
Tel.: (404) 909-8100
Fax: (404) 909-8120
eweiss@martensonlaw.com
kjines@martensonlaw.com

*Attorneys for Defendant Allied Universal*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss was filed and served electronically and by regular mail on this 23rd day of February, 2022 to:

OLALEKAN OLAREWAJU
813 Baltimore Road
Rockville, MD 20851

*/s/ Jeffrey W. Larroca*
Jeffrey W. Larroca
Bar No. 22735
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1717 Pennsylvania Ave. NW, 12th Floor Washington, DC 20006
Telephone: 202-659-6646
Facsimile 202-659-6699
jlarroca@eckertseamans.com