IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| OLALEKAN OLAREWAJU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 8:21-cv-03250-DKC |
| | ) | |
| ALLIED UNIVERSAL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[Proposed] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Having reviewed Defendant Allied Universal's Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), the Court hereby GRANTS Defendant's Motion to Dismiss on the grounds that the Complaint fails to allege facts sufficient to constitute a plausible claim upon which relief may be granted.  The Motion to Dismiss is granted [with/without] prejudice.

IT IS SO ORDERED.

Dated: _____          _____
                                                                       Hon. Judge Deborah K. Chasanow