IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

OLALEKAN OLAREWAJU                   :

                                                     :

   v.                                :   Civil Action No. DKC 21-3250

                                                     :

ALLIED UNIVERSAL                     :

**ORDER**

The court received Plaintiff's response in opposition to Defendant's motion to dismiss on March 28, 2022. (ECF No. 17). Plaintiff's response requests leave to amend his complaint, but Plaintiff failed to provide an amended complaint.

If Plaintiff wishes to amend, he must file a proposed amended complaint that contains, at a minimum, a short and plain statement of the claim that shows that he is entitled to relief, a request for relief, *see* Fed. R. Civ. Proc. 8(a), and also the name(s) of each defendant, *see* Fed. R. Civ. Proc. 10(a). Additionally, under Rule 8(a), a pleading must "give the defendant fair notice of what the plaintiff's claim is and the grounds upon which it rests." *Swierkiewicz v. Sorema N. A.*, 534 U.S. 506, 512 (2002) (quoting *Conley v. Gibson*, 355 U.S. 41, 47 (1957)). Under Rule 8(d)(1), each allegation in a complaint should be "simple, concise, and direct." A pleading that offers labels and conclusions or a formulaic recitation of the elements of a cause of action does not

satisfy Rule 8's basic pleading requirements. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007)).

As a reminder, an amended complaint replaces the original complaint filed. The general rule is, "an amended pleading ordinarily supersedes the original and renders it of no legal effect." *Young v. City of Mt. Ranier*, 238 F.3d 567, 572 (4th Cir. 2001), quoting *Crysen/Montenay Energy Co. v. Shell Oil Co.*, 226 F.3d 160, 162 (2d Cir. 2000) (noting exception for purposes of appellate review of claims dismissed in original complaint that were not included in amended complaint). Therefore, the amended complaint must include all the allegations against each of the defendants, so that the amended complaint may stand alone as the sole complaint in this action which defendants must answer.

Additionally, Local Rule 103.6 of the District Court of Maryland requires that the court is provided with a clean copy of the amended complaint **and** a copy of the amended complaint in which stricken material has been lined through or enclosed in brackets and new material has been underlined or set forth in bold-faced type.

March 28, 2022

/s/
DEBORAH K. CHASANOW
United States District Judge